# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| AMANDA CHRISTINE DICKERSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PHYSICIANS PAIN SPECIALISTS ) <br> OF ALABAMA, P.C., ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. 10-0337-CG-C |

## FINAL JUDGMENT

In accordance with the court's order entered this date (Doc. 63), it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of defendant, Physicians Pain Specialists of Alabama, P.C., and against plaintiff, Amanda Christine Dickerson.[1]  Therefore, plaintiff's claims against said defendant are hereby **DISMISSED WITH PREJUDICE**. Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this 4th day of October, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] The court notes that the claims of plaintiffs Janice Bishop and Amanda Christine Dickerson against defendant Blue Cross Blue Shield were dismissed with prejudice on motion and joint stipulation of the parties (Doc. 39) as of April 26, 2011 pursuant to the court's order issued on April 19, 2011 (Doc. 40).  The court further notes that plaintiff Janice Bishop's claims against defendant Physicians Pain Specialists of Alabama, P.C. were dismissed with prejudice on joint motion of the parties (Doc. 44) pursuant to the order issued on July 13, 2011 (Doc. 45).